**Denied and Opinion Filed June 30, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-21-00475-CV**
_____

**IN RE NICOLAS BOULLET, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-07797**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

Relator's June 23, 2021 petition for writ of mandamus challenges the trial court's order granting the second amended motion for enforcement and for sanctions. To be entitled to mandamus relief, relator must demonstrate that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition and the record before us, we conclude that relator has failed to show his entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Having denied the petition, we also deny relator's motion for temporary relief as moot.

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

210475f.p05